AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

United States
*Plaintiff*
v.
Oved Vega, et al.
*Defendant*

Case No. 17 Cr. 283 (LAP)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 09/23/2019

/s/
*Attorney's signature*

Adam S. Hobson, AH0106
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NT 10007
*Address*

adam.hobson@usdoj.gov
*E-mail address*

(212) 637-2484
*Telephone number*

*FAX number*