UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

OVED VEGA,

                    Defendant.

No. 17-CR-283 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Vega's motion for compassionate release dated March 23, 2023. (See dkt. no. 573.) The Government shall respond to Mr. Vega's motion no later than August 31, 2023. Mr. Vega shall file his reply, if any, no later than September 28, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Vega.

**SO ORDERED.**

Dated:    August 3, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1