```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   17 Cr. 283 (LAP)
          - v. -                    :
                                    :   ORDER
OVED VEGA,                          :
                                    :
                    Defendant.      :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

    As set forth in dkt. no. 573, Mr. Vega filed a compassionate release motion on March 23, 2023. By order dated August 3, 2023, the Court directed the Government to respond to that motion "no later than August 31, 2023." (Dkt. no. 585.) The Government has failed to respond, and Mr. Vega has now moved for default judgment. (Dkt. no. 600.)

    The Government shall respond to Mr. Vega's motion for compassionate release no later than December 21, 2023. Failure to submit a response will result in the motion being considered sub judice.

SO ORDERED.

Dated: December  4 , 2023

                                        */s/ Loretta A. Preska*

                                        LORETTA A. PRESKA
                                        Senior United States District Judge