```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :   17 Cr. 283 (LAP)
         - v. -                     :
                                    :   ORDER
OVED VEGA,                          :
                                    :
                    Defendant.      :
------------------------------------X
```

LORETTA A. PRESKA, Senior United States District Judge:

The Court has received the Government's Letter Response in Opposition to Defendant's motion for compassionate release, dated December 21, 2023 (the "Opposition"). (See dkt. no. 606.) Defendant shall respond to the Government's Opposition no later than January 23, 2024. The Clerk of the Court shall mail a copy of this Order to Defendant.

SO ORDERED.

Dated: December 21, 2023

*[signature: Loretta A. Preska]*
_____
LORETTA A. PRESKA
Senior United States District Judge